THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS MOORE, Respondent, *v.* HENRY K. HENDRICKSON, as Sheriff of Nassau County, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

Argued November 15, 1937; decided November 30, 1937.

*Martin W. Littleton*, District Attorney (*Philip Huntington* of counsel), for appellant.

*Lorenzo C. Carlino* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.